mains + bloom, pc
267 locust avenue suite a san rafael ca 94901-2240
Tel 415.459.1847 fax 415.459.1897

STEVEN B. MAINS (State Bar # 77270)
MAINS + BLOOM, PC
267 Locust Avenue, Suite A
San Rafael, California 94901-2240
Telephone: (415) 459-1847
Facsimile: (415) 459-1897
mains@mainsbloom.com

Attorneys for Wells Fargo Bank, National Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THEODORAS KOLIATSIS,<br><br>               Debtors. | CASE NO. 11-30620<br><br>Chapter 11 |

<u>REQUEST FOR NOTICE</u>

     Notice is hereby given that the undersigned on behalf of Wells Fargo Bank, National Association ("Bank"), a creditor and party-in-interest in the above-captioned case, hereby files a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and requests that the undersigned be added to the master mailing list.  Pursuant to the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without limitation, 11 U.S.C. Section 1109(b) and Rules 2002, 2002(g), 3017, 4001, 7004(h) and 9007, Bank hereby requests that special notice of all matters which may come before the Court be given and service of process in

any contested matter or adversary proceeding be made, as follows:

>Steven B. Mains
>Mains + Bloom, PC
>267 Locust Avenue, Suite A
>San Rafael, CA 94901-2240
>Telephone: 415-459-1847
>Fax: 415-459-1897
>mains@mainsbloom.com

The foregoing request includes the notices and papers referred to in Rules 2002, 3017, 4001, 7004 and 9007, and also includes without limitation, notices of any orders, applications, complaints, demands hearings, motions, petitions, pleadings or requests, plans, disclosure statements and any other documents brought before the Court in this case.

This Request is without prejudice to any rights, remedies and claims against other entities or any objections that may be made to the jurisdiction of this Court or venue of this case, and shall not be deemed or construed to be a waiver or rights (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in this case, or in any controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any mater subject to mandatory or discretionary withdrawal, or (4) with respect to any other rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of which rights, claims actions, defenses, setoffs and recoupments are expressly reserved.

DATED: February 22, 2011                MAINS + BLOOM,. PC

                                        By:  /s/Steven B. Mains
                                             Steven B. Mains
                                             Attorneys for Wells Fargo Bank

{Clients\wfbsf\0218\pld\07010738.DOC}                2

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this matter.  I am employed in the County of Marin, State of California.  My business address is 267 Locust Avenue, Suite A San Rafael, CA 94901.

On February 22, 2011, I served the following document(s) described as REQUEST FOR NOTICE on the interested parties in this action as follows:  See Service List below.

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Mains & Bloom's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2011, at San Rafael, California.

/S/  Steven B. Mains
Steven B. Mains

{Clients\wfbsf\0218\pld\07010738.DOC}    3

# SERVICE LIST

**ATTORNEY FOR DEBTOR**

Lars T. Fuller
The Fuller Law Firm
60 N. Keeble Ave.
San Jose, CA 95126

**U.S. TRUSTEE**

Office of the U.S. Trustee / SF
235 Pine Street, Suite 700
San Francisco, CA 94104

mains + bloom, pc
267 locust avenue suite a san rafael ca 94901-2240
Tel 415.459.1847   fax   415.459.1897