| | |
|---|---|
| 1 | Lars T. Fuller (No. 141270)<br>Sam Taherian (No. 170953) |
| 2 | The Fuller Law Firm, P.C.<br>60 No. Keeble Ave. |
| 3 | San Jose, CA 95126<br>Tel: (408) 295-5595 |
| 4 | Fax: (408) 295-9852 |
| 5 | Attorney for Debtor |

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 11-30620-TEC |
| | ) | |
| THEODOROS KOLIATSIS, | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | **NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL FOR THE PURPOSE OF MODIFYING WELLS FARGO BANK'S LIEN** |
| | ) | |
| | ) | Date: May 27, 2011<br>Time: 9:30 a.m.<br>Court: 235 Pine St., 23rd Floor<br>San Francisco, CA |

TO THE U.S. TRUSTEE, WELLS FARGO BANK, N.A., ITS ATTORNEY OF RECORD, AND ALL PARTIES IN INTEREST:

Please take notice that Debtor Theodoros Koliatsis will and does hereby move the Court to value the collateral of Wells Fargo Bank, N.A. consisting of real property commonly known as 3931-3953 Geary Boulevard, San Francisco CA 94118 [hereinafter "Property"] for the purpose of cramming its lien on the basis that the lien is totally under-secured.

A hearing on said motion is scheduled for May 27, 2011 at 9:30 a.m. at the United States Bankruptcy Court for the Northern District of California, San Francisco Division, 235 Pine Street, 23rd Floor, San Francisco, CA. This motion is based on this Notice of Hearing on Motion to Value Collateral for the Purpose of Modifying Wells Fargo Lien, the Motion to Value Collateral for the Purpose of Modifying Wells Fargo Lien, the Memorandum of Points and Authorities, the Declarations in Support of Motion to Value Collateral for the Purpose of Modifying Wells Fargo Lien, on the papers, records, and other documents on file herein, and on such oral and documentary evidence as may be presented at the hearing of this motion.

This motion is brought pursuant to B.L.R. 9014-1(b)(2), Bankruptcy Rule 3012, and notice is pursuant to FRBP 7004(b).

If you oppose this motion, your opposition should be filed at least 14 days prior to the actual scheduled hearing date. If you oppose the motion you should appear at the hearing.

Your opposition, if any, to the motion in addition to being filed with the Court, shall be served on Debtor, Debtor's attorney and the Trustee at the address set forth below:

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>235 Pine St., 19th Floor<br>P.O. Box 7341<br>San Francisco, CA 94120 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| UNITED STATES TRUSTEE: | UNITED STATES TRUSTEE REGION 17<br>San Francisco Division Office<br>235 Pine Street, Suite 700<br>San Francisco, CA 94120 |

DEBTORS: THEODOROS KOLIATSIS
3953 Geary Boulevard
San Francisco, CA 94118

Dated: April 29, 2011

THE FULLER LAW FIRM, P.C.


/s/ *Lars T. Fuller*
Lars T. Fuller
Attorney for Debtors