**Entered on Docket**
**May 27, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 26, 2011**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 11-30620 TEC |
| THEODORAS KOLIATSIS, | ) Chapter 11 |
| aka TED KOLIATSIS, | ) |
| dba 4TH & GEARY FARMERS MARKET, | ) |
| | ) Date: May 27, 2011 |
| | ) Time: 9:30 a.m. |
| | ) Ctrm: Hon. Thomas E. Carlson |
| | )       235 Pine Street, 23rd. Fl. |
| Debtor. | )       San Francisco, California |

### TENTATIVE RULING RE DEBTOR'S MOTIONS TO VALUE LIENS OF WELLS FARGO AND CAPITAL ACCESS GROUP

The court is inclined to set a trial regarding Debtor's motion to value the lien of Wells Fargo Bank, because Wells Fargo filed timely opposition to the motion, and because there is a material dispute between the parties regarding the value of the real property at issue.

The court is inclined to grant Debtor's motion to value the lien of Capital Access Group, because the motion was properly served, because the motion is unopposed, and because the motion has adequate factual support to establish that the second deed of trust held by Capital Access Group is wholly unsecured.

**\*\*END OF TENTATIVE RULING\*\***